IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RUTH LARA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No**. 3:21-CV-1032-L-BH** |
| § | |
| **KILOLO KIJAKAZI,** Acting Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| Defendant. § | |

## **ORDER**

On August 29, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 18) ("Report") was entered, recommending that the court affirm the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") and denial of Plaintiff's applications for Social Security benefits. On September 12, 2022, Plaintiff filed objections in which she asserts that the Report did not recognize the administrative law judge's ("ALJ") failures to apply correct regulations and evaluate properly medical evidence. *See* Doc. 19. Plaintiff also asserts that the Report impermissibly extends judicial review to medical evidence outside the ALJ's review. *See id*. at 8-9. These arguments do not recognize the substantial evidence review of the Report and proper application of regulations and Social Security Ruling published guidance, and the court finds no error.

Accordingly, having considered the pleadings, file, Report, and record in this case, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court.

**Order – Page  1**

Plaintiff's objections to the Report are, therefore, **overruled**; the decision of the Commissioner and denial of Plaintiff's applications for Social Security benefits are **affirmed**; and this action is **dismissed with prejudice**.

**It is so ordered** this 27th day of September, 2022.

Sam A. Lindsay
United States District Judge